DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
23 JANUARY 2014

| 563P13 | State v. Isaam Mattaay Chaplin | 1. Def's NOA Based Upon a Constitutional Question (COA13-393) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 564P13 | State v. Delasio Tiyez Wiggins | Def's PDR Under N.C.G.S. § 7A-31 (COA13-233) | Denied |
| 565P13 | Sherry Strickland v. Michael Goetz, Sr. | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA13-605) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| 567P13 | State v. Manuel Castaneda Moreno | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA12-1402) | Denied |
| 568P13 | Lloyd Steven Lane v. North Carolina Department of Public Safety, Division of Prisons; Theodis Bek; Boyd Bennett; Alvin W. Keller; Reuben Young; Robert Lewis; Hattie Pimpong; Patricia Alston; Butch Jackson; Cleo Jenkins; and Kirnan Shanahan | 1. Plt's *Pro Se* Motion for NOA (COAP13-670) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Plt's *Pro Se* Motion for PDR, Appealing a Petition for Rehearing Denial Pursuant to N.C.G.S. § 7A-31 | 2. Denied |
| 572P13 | Orlando Hudson and State of North Carolina v. Ernest James Nichols | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Amend | 2. Allowed |
| | | 3. Def's *Pro Se* Petition for *Writ of Mandamus* | 3. Denied |
| 573P13 | State v. Donald Edward Johnson and Jessica Williams | Def's (Williams) PDR Under N.C.G.S. § 7A-31 (COA13-368) | Denied |